**ORIGINAL**

# In the United States Court of Federal Claims

No. 18-79
(Filed: March 5, 2018)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IRA JEROME ROSS,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FILED**

MAR - 5 2018

U.S. COURT OF
FEDERAL CLAIMS

## ORDER DISMISSING CASE

Plaintiff's Complaint was filed *pro se* in this Court on January 16, 2018. Pursuant to the Court Order dated January 29, 2018, the Court denied Plaintiff's IFP application. This Court also notified Plaintiff that if he failed to pay the $400.000 filing fee within 30 days of the January 29, 2018 order, his Complaint would be dismissed without prejudice for failure to prosecute under Rule 41 of the Rules of the Court of Federal Claims. To date, Plaintiff has not yet paid the fee. Therefore, Plaintiff's case is **DISMISSED** for failure to prosecute. The Clerk is directed to enter the judgment accordingly.

**IT IS SO ORDERED.**

NANCY B. FIRESTONE
Senior Judge
for
EDWARD J. DAMICH
Senior Judge

7016 3010 0000 4308 3716